UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VERNON KING, JR. | § | |
|     TDCJ-CID #590316, | § | |
|     Petitioner | § | |
| | § | |
| v. | § | C.A. NO. C-05-325 |
| | § | |
| DOUG DRETKE, | § | |
|     Respondent | § | |

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

On August 15, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 13). Objections were timely filed but have no merit (D.E. 15, 16). Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, petitioner's action is DISMISSED pursuant to Rule 4 of the RULES GOVERNING § 2254 ACTIONS.

ORDERED this ___10th___ day of ___September___, 2005.

                                                                           _____
                                                                           HAYDEN HEAD
                                                                           CHIEF JUDGE